UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

| | |
|---|---|
| 9th Circuit Case Number(s): | 13-15742 |
| District Court/Agency Case Number(s): | NO. 4:08-cv-00421-TUC-AWT |
| District Court/Agency Location: | District of Arizona |
| Case Name: | Donald Turner, on behalf of the Davis New v. Davis Selected Advisers, L.P. and Davis Distributors |
| If District Court, docket entry number(s) of order(s) appealed from: | Dkts. 80, 81 and 109. |
| Name of party/parties submitting this form: | Plaintiff |

Please briefly describe the dispute that gave rise to this lawsuit.

Plaintiff alleges that defendants breached their fiduciary duties to the Davis New York Venture Fund ("Fund") and its shareholders, and thus violated Section 36(b) of the Investment Company Act of 1940 ("ICA"), by charging the Fund and its shareholders advisory fees and 12b-1 fees each of which were excessive and disproportionate and thus unlawful. Despite the fact that during the relevant time period, the Fund made enormous advisory fee and 12b-1 fee payments to defendants totaling more than $1 Billion, neither the Fund nor its shareholders benefitted from these payments. The Amended Complaint alleged that by charging unauthorized and excessive advisory fees and 12b-1 fees, defendants violated their fiduciary duties under Section 36(b) of the ICA. Plaintiff seeks recover on behalf of the Fund for hundreds of millions of dollars in unlawful fees and rescission of certain advisory agreements. The Amended Complaint and the proposed Second Amended Complaint both contain extensive comparisons between the Fund and other similar funds, both in fee schedules and fund performance.

Plaintiff also seeks to recover, for and on behalf of the Fund, hundreds of millions of dollars in 12b-1 fees and rescission of the 12b-1 plans under ICA § 47(b) and hundreds of millions of dollars in advisory fees and rescission of the investment advisory agreement under ICA § 47(b).

Briefly describe the result below and the main issues on appeal.

The District Court: (1) dismissed the Amended Complaint, holding as a matter of law that it did not state a claim and (2) denied plaintiff's Rule 59 Motion to Alter or Amend the Judgment and Rule 15 Motion for Leave to Amend the Amended Complaint, but did not hold that plaintiff's proposed Second Amended Complaint did not state a claim, and also granted Defendants' Motion for the Court to Take Judicial Notice.

The issues on appeal are, inter alia: (1) Did the District Court err as a matter of law in dismissing the Amended

Complaint, and in denying plaintiff's request for leave to amend; (2) Did the District Court apply the 9th Circuit's liberal legal standard for Rule 59 and Rule 15 motions; (3) Whether or not the District Court applied the correct legal standard for Rule 59 and 15 motions, did the District Court err in denying the Rule 59 and Rule 15 motions; and (4) Did the District Court err when granting Defendants' Motion for the Court to Take Judicial Notice.

Describe any proceedings remaining below or any related proceedings in other tribunals.

None

Provide any other thoughts you would like to bring to the attention of the mediator.

We do not believe any mediation will be fruitful because, if the District Court dismissal is reversed, the damages will be in the many of millions of dollars.

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☒ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

Signature: s/ Robert B. Weintraub

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

Counsel for: plaintiff

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **To file this form electronically** in Appellate ECF, complete the form, and then print the filled-in form to PDF (File > Print > PDF Printer/Creator). Then log into Appellate ECF and choose Forms/Notices/Disclosure > File a Mediation Questionnaire.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DONALD TURNER, on behalf of the Davis New York Venture Fund,<br><br>　　　　　Plaintiff - Appellant,<br><br>v.<br><br>DAVIS SELECTED ADVISERS, LP; DAVIS DISTRIBUTORS, LLC,<br><br>　　　　　Defendants - Appellees. | No. 13-15742<br><br>D.C. No. 4:08-cv-00421-AWT<br>U.S. District Court for Arizona, Tuscon |

**SERVICE LIST**

　　　　Pursuant to 9th Circuit Rule 3-2 and the Mediation Questionaire, the undersigned counsel

for plaintiff-appellant provides a service list as follows:

Plaintiff:
Donald Turner

Counsel for Plaintiff:
Lead Counsel both below and on appeal
Wolf Haldenstein Adler Freeman & Herz LLP
Daniel W. Krasner
Krasner@whafh.com
Robert B. Weintraub
Weintraub@whafh.com
270 Madison Avenue
New York, NY  10016
Tel:  (212) 545-4600
Fax:  (212) 545-4653

Local counsel below
Bonnett, Fairbourn, Friedman
　& Balint, P.C.
Francis J. Balint, Jr.
fbalint@BFFB.com
2325 East Camelback Road, Suite 300

Phoenix, AZ 85016
Tel: (602) 274-1100
Fax: (602) 274-1199

Defendants:

Davis Selected Advisers, L.P.
Davis Distributors, LLC.

Counsel for Defendants:

Lead Counsel below for all Defendants:
K&L Gates LLP
Stephen G. Topetzes
Stephen.Topetzes@klgates.com
Nicholas G. Terris
nicholas.terris@klgates.com
Nicole A. Baker
Nicole.Baker@klgates.com
1601 K St. N.W.
Washington, D.C. 20006
Tel: (202) 778-9000
Fax: (202) 778-9100

Local Counsel below for all Defendants:
Law Office Of Shannon Giles, PLLC
Shannon L. Giles
shannon.giles@me.com
2205 East Speedway Boulevard
Tucson, AZ 85719
Tel: (520) 327-1343
Fax: not available

DATED: April 22, 2013

Respectfully submitted,

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP

By: /s/ Robert B. Weintraub
Daniel W. Krasner
Robert B. Weintraub
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600

- 2 -

Facsimile: (212) 545-4653
Lead Counsel for Plaintiff-Appellant

Francis J. Balint, Jr.
BONNETT, FAIRBOURN, FRIEDMAN
 & BALINT, P.C.
2325 East Camelback Road, Suite 300
Phoenix, AZ 85016
Telephone: 602/274-1100
Facsimile: 602/274-1199
Local Counsel below for Plaintiff

## Certificate of Service

I, Robert B. Weintraub, one of the attorneys for Plaintiff-Appellant, hereby certify that on April 23, 2013, I caused to be electronically filed the foregoing Mediation Statement and Service List with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, which comprise at least Nicholas G. Terris, Esq., who is a partner in the law firm that was lead counsel below for all defendants.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 23, 2013

/s/ Robert B. Weintraub
Robert B. Weintraub

715992