FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 27 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DONALD TURNER, on behalf of the Davis New York Venture Fund,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>DAVIS SELECTED ADVISERS, LP and DAVIS DISTRIBUTORS, LLC,<br><br>      Defendants - Appellees. | No. 13-15742<br><br>D.C. No. 4:08-cv-00421-AWT<br>District of Arizona,<br>Tucson<br><br>ORDER |

The parties' joint motion for an extension of time to file the briefs is granted.

The answering brief is due April 18, 2014.  The reply brief is due May 9, 2014.

                For the Court:
                MOLLY C. DWYER
                Clerk of the Court


                Alihandra M. Totor
                Deputy Clerk
                Ninth Circuit Rules 27-7 and 27-10