UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 22 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DONALD TURNER, on behalf of the Davis New York Venture Fund,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>DAVIS SELECTED ADVISERS, LP and DAVIS DISTRIBUTORS, LLC,<br><br>        Defendants - Appellees. | No. 13-15742<br><br>D.C. No. 4:08-cv-00421-AWT<br>U.S. District Court for Arizona, Tucson<br><br>**MANDATE** |

    The judgment of this Court, entered September 29, 2015, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rhonda Roberts
Deputy Clerk